

#Netflix #ChillingAdventuresofSabrina #KiernanShipka

Chilling Adventures of Sabrina | Featurette: Inside the World of Sabrina Spellman [HD] |...

20K views