UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED FEDERATION OF CHURCHES LLC d/b/a THE SATANIC TEMPLE,<br><br>               Plaintiff,<br><br>   -against-<br><br>NETFLIX, INC. and<br>WARNER BROS. ENTERTAINMENT INC.,<br><br>               Defendants. | Index No. 1:18-cv-10372<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record.

Please enter my appearance as lead counsel in this case on behalf of UNITED FEDERATION OF CHURCHES LLC d/b/a THE SATANIC TEMPLE. I certify that I am admitted to practice in this Court.

Dated: November 8, 2018

                                             D'AGOSTINO, LEVINE, LANDESMAN
                                             & LEDERMAN, LLP

               By:        /s/_____
                                               Bruce H. Lederman (5758)
                                               Attorneys for Plaintiff
                                               345 Seventh Avenue, 23rd Floor
                                               New York, NY 10001
                                               Tel:    (212) 564-9800
                                               Fax:   (212) 564-9802
                                               BLederman@dagll.com