D'AGOSTINO, LEVINE, LANDESMAN & LEDERMAN, LLP
345 SEVENTH AVENUE, 23rd FLOOR
NEW YORK, N.Y. 10001
TEL: 212 564-9800

*Attorneys for Plaintiff* UNITED FEDERATION OF CHURCHES LLC
d/b/a THE SATANIC TEMPLE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED FEDERATION OF CHURCHES LLC d/b/a THE SATANIC TEMPLE,<br><br>Plaintiff,<br><br>-against-<br><br>NETFLIX, INC. and<br>WARNER BROS. ENTERTAINMENT INC.,<br><br>Defendants. | Index No. 1:18-cv-10372 (LAP)<br><br>**Rule 7.1 Statement** |

Plaintiff, UNITED FEDERATION OF CHURCHES LLC d/b/a THE SATANIC TEMPLE, through its attorneys, D'Agostino, Levine, Landesman & Lederman, LLP, states as follows pursuant to Federal Rule of Civil Procedure 7.1:

Plaintiff, UNITED FEDERATION OF CHURCHES LLC d/b/a THE SATANIC TEMPLE, a Massachusetts Limited Liability Company, is not a public company and has no parent corporation or publicly held corporation owning 10% or more of its stock.

Dated: November 9, 2018
      New York, New York

                        D'AGOSTINO, LEVINE, LANDESMAN & LEDERMAN, LLP

By: _____
        Bruce H. Lederman (5758)
        Christopher M. Tarnok
        Attorneys for Plaintiff
        *UNITED FEDERATION OF CHURCHES LLC*
        *d/b/a THE SATANIC TEMPLE*
        345 Seventh Avenue, 23rd Floor
        New York, NY 10001
        Tel:   (212) 564-9800
        Fax:  (212) 564-9802
        BLederman@dagll.com