D'AGOSTINO, LEVINE, LANDESMAN & LEDERMAN, LLP
345 SEVENTH AVENUE, 23rd FLOOR
NEW YORK, N.Y. 10001
TEL: 212 564-9800

*Attorneys for Plaintiff* UNITED FEDERATION OF CHURCHES LLC
d/b/a THE SATANIC TEMPLE



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED FEDERATION OF CHURCHES LLC d/b/a THE SATANIC TEMPLE, <br><br> Plaintiff, <br><br> -against- <br><br> NETFLIX, INC. and <br> WARNER BROS. ENTERTAINMENT INC., <br><br> Defendants. | Index No. 1:18-cv-10372 <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, UNITED FEDERATION OF CHURCHES LLC d/b/a THE SATANIC TEMPLE, and its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendants, NETFLIX, INC. and WARNER BROS. ENTERTAINMENT INC.

Dated: November 28, 2018
      New York, NY

By: *[signature]*

D'AGOSTINO, LEVINE, LANDESMAN
& LEDERMAN, LLP

Bruce H. Lederman (5758)
Christopher M. Tarnok
Attorneys for Plaintiff
*UNITED FEDERATION OF CHURCHES LLC*
*d/b/a THE SATANIC TEMPLE*
345 Seventh Avenue, 23rd Floor
New York, NY 10001
Tel:  (212) 564-9800
Fax: (212) 564-9802
BLederman@dagll.com

*[Handwritten order:]* The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED
*[signature]* Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

12/5/18